UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| JULIE WILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:17-cv-00027 |
| | ) |
| SYCAMORE SPRINGS, LLC | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by respective counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this lawsuit with prejudice. The parties shall bear her/its own costs and attorneys' fees.

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| /s/ Bradley L. Wilson | /s/ Emily L. Connor (w/ permission) |
| Bradley L. Wilson | Emily L. Connor |
| John H. Haskin & Associates | Littler Mendelson, P.C. |
| 255 North Alabama Street, 2nd Floor | 111 Monument circle, Suite 702 |
| Indianapolis, Indiana 46204 | Indianapolis, Indiana 46204 |